| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Wilson, Samuel G | 2. Court or Organization<br><br>U.S.Dist. Ct.Western Dist.VA | 3. Date of Report<br><br>6/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>P. O. Box 2421<br><br>Roanoke, Virginia 24010-2421 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member Bd. Of Visitors | Wake Forest University School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 JUN -8 A 8: 25 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

**B. Spouse's Non-Investment Incom**  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1.    2003 | Roanoke City School Board Teaching Salary |

## IV. REIMBURSEMENTS  -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Samuel G | 6/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. The New Economy Fund Shares in Mutual Fund ▇ | A | Dividend | M | T | | | | | |
| 2. Treasury Securities ▇ | C | Interest | L | T | | | | | |
| 3. Treasury Securities Series Q▇ | D | Interest | L | T | | | | | |
| 4. Condominium, Myrtle Beach ▇ | C | Rent | M | W | | | | | |
| 5. Checking & Savings Accts. First Citizens Bank | A | Interest | J | T | | | | | |
| 6. Sun Life Assurance Co. of Canada, Policy▇ | A | Interest | J | T | | | | | |
| 7. First Citizens Bank Checking Acct. Roanoke▇ | A | Interest | J | T | | | | | |
| 8. Capital World Growth & Income Fund, Shares ▇ | C | Dividend | L | T | | | | | |
| 9. Smallcap World Fund, Shares ▇ | A | Dividend | L. | T | | | | | |
| 10. Savings Account First Citizens Bank ▇ | A | Interest | J | T | | | | | |
| 11. Capital World Growth & Income Fund, Shares ▇ | C | Dividend | L | T | | | | | |
| 12. Smallcap World Fund, Shares ▇ | C | Dividend | L | T | | | | | |
| 13. Vodafone/Airtouch Stock ▇ | A | Dividend | J | T | | | | | |
| 14. Merck & Co., Inc., Stock ▇ | A | Dividend | J | T | Sell | 12/1 | J | B | |
| 15. Motorola, Inc., Stock ▇ | A | Dividend | J | T | | | | | |
| 16. Anderson & Strudwick, Inc. (Brokerage Acct. ▇ | A | Interest | J | T | | | | | |
| 17. AT&T, Stock ▇ | | None | J | T | | | | | |
| 18. Vodafone/Airtouch Stock ▇ | A | Dividend | J | T | Pt.Sell | 1/28 | J | B | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Samuel G | 6/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Comcast Corp., Stock | | None | J | T | Sell | 4/29 | J | B | |
| 20. Corning, Inc., Stock | | None | J | T | | | | | |
| 21. E.I. Dupont de nemours, Stock | A | Dividend | J | T | Sell | 8/28 | J | B | |
| 22. Merck & Co., Inc.Stock | A | Dividend | J | T | Pt. Sell | 1/3 | J | B | |
| 23. | | | | | Sell | 10/23 | J | B | |
| 24. Pepsico, Inc., Stock | A | Dividend | J | T | | | | | |
| 25. Sun Microsystems, Stock | | None | J | T | | | | | |
| 26. Anderson & Strudwick, Inc. (Brokerage Account) | A | Interest | J | T | | | | | |
| 27. AT&T, Stock | | None | J | T | | | | | |
| 28. Vodafone/Airtouch Stock | A | Dividend | J | T | Sell | 1/28 | J | B | |
| 29. Comcast Corp., Stock | A | Dividend | J | T | Sell | 4/29 | J | C | |
| 30. Corning, Inc., Stock | | None | J | T | Sell | 12/1 | J | A | |
| 31. E.I. Dupont de nemours, Stock | A | Dividend | J | T | Sell | 8/6 | J | B | |
| 32. Eastman Kodak, stock | A | Dividend | J | T | Sell | 7/16 | J | A | |
| 33. Merck & Co., Inc., Stock | A | Dividend | J | T | Sell | 8/6 | J | C | |
| 34. Pepsico, Inc., Stock | A | Dividend | J | S | Sell | 12/1 | J | C | |
| 35. Sun Microsystems, Stock | | None | J | T | Pt. Sell | 8/6 | J | C | |
| 36. | | | | | Sell | 12/1 | J | D | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000.000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Samuel G | 6/4/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Anderson & Strudwick, Inc. (Brokerage Acct) ■ | A | Interest | J | T | | | | | |
| 38. Lucent Technologies, Inc. ■ | | None | J | T | | | | | |
| 39. Lucent Technologies, Inc. ■ | | None | J | T | | | | | |
| 40. Lucent Technologies, Inc. ■ | | None | J | T | | | | | |
| 41. NCR Corp. ■ | | None | J | T | | | | | |
| 42. Covance, Inc. ■ | | None | J | T | Sell | 10/23 | J | B | |
| 43. Quest Diagnostic, Inc. ■ | | None | J | T | Pt. Sell | 8/6 | J | C | |
| 44. Quest Diagnostic, Inc. ■ | | None | J | T | | | | | |
| 45. Yum Brands, Inc. | | None | J | T | Sell | 4/29 | J | B | |
| 46. Yum Brands, Inc. | | None | J | T | Sell | 7/16 | J | B | |
| 47. Avaya, Inc. | | None | J | T | | | | | |
| 48. First Citizens IRA | | | | | | | | | |
| 49. Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 50. Growth Fund of America | A | Dividend | J | T | | | | | |
| 51. Harford Small Co. Fund | A | Dividend | J | T | | | | | |
| 52. Hartfund Stock Fund | A | Dividend | J | T | | | | | |
| 53. Mutual Series Qualified Fund | A | Dividend | J | T | | | | | |
| 54. Putnam International Growth Fund | A | Dividend | J | T | Sell | 11/7 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | | Date of Report | |
| Wilson, Samuel G | | 6/4/2004 | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Van Kampen Government Securities | A | Dividend | J | T | Sell | 4/24 | J | A | |
| 56. Pershing Government Acct. (Money Market Acct.) | A | Interest | J | T | | | | | |
| 57. Lord Abbett Mid-CP VL FDINC | A | Dividend | J | T | Sell | 10/3 | J | A | |
| 58. State ST Research Aurora CL A | A | Dividend | J | T | | | | | |
| 59. Goldman Sachs Growth Opptns | A | Dividend | J | T | | | | | |
| 60. Agere Systems, Inc. | | None | | | Pt. Sell | 12/22 | J | A | |
| 61. Medcohealth Solutions, Inc. spinoff from Merck 8//19/03 | A | Dividend | J | T | | | | | |
| 62. Alliance Bernstein Capital Reserve | A | Interest | J | T | | | | | |
| 63. Lord Abbett Limited Duration U.S. Gov. Fund | A | Dividend | J | T | Buy | 4/24 | J | | |
| 64. PIMCO Renaissance | A | Dividend | J | T | Buy | 10/13 | J | | |
| 65. Templeton Foreign Fund | A | Dividend | J | T | Buy | 11/7 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Wilson, Samuel G | 6/4/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Savings Account First Citizens Bank (DC) listed on Line 13 of the last report is the account of a child who is no longer a dependant.

The Anderson & Strudwick brokerage accounts listed on Lines 16, 26, and 37 were cash accounts for temporary deposits of funds by Anderson & Strudwick for sale proceeds for sales from brokerage account.  Anderson & Strudwick now deposits those proceeds in a money market fund -- Alliance Bernstein Capital Reserve.
As with previous reports, the individual assets of the Anderson & Strudwick brokerage accounts are listed separately.

Alliance Bernstein Capital Reserve listed on Line 62 is a money market fund used for temporary deposit of funds for sale proceeds for sales from brokerage account.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wilson, Samuel G | 6/4/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                    Date___6/4/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544